**LUM, DRASCO & POSITAN LLC**
103 Eisenhower Parkway – Suite 401
Roseland, NJ  07068-1049
(973) 403-9000
(973) 403-9021 (FAX)
Kevin J. O'Connor, Esq.
Email:  koconnor@lumlaw.com
NJ Attorney ID #029021991
Attorneys for Defendant, Daniel Thomas

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMAPOUGH MOUNTAIN INDIANS, INC., <br><br>         Plaintiff, <br><br>    -vs- <br><br> DANIEL THOMAS, <br><br>         Defendant. | Case No.:21-cv-09649 JXN-JRA <br><br> **NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT** <br><br> *Document Filed Electronically* |

TO:   **BENNET D. ZUROFSKY, ESQ**.
         161 Walnut Street
         Montclair, NJ 07042-3801

**PLEASE TAKE NOTICE** that on February 6, 2023 the undersigned attorneys for Defendant, Daniel Thomas ("Defendant"), shall move before The Honorable Julien X. Neals, U.S.D.J. for an Order dismissing the Amended Complaint (Dkt. #35) pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant shall rely upon the Brief and Declaration of Counsel filed and served simultaneously herewith.

#757057v1

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is filed and served simultaneously herewith.

**LUM, DRASCO & POSITAN LLC**
Attorneys for Plaintiff, Daniel Thomas

By: */s/ Kevin J. O'Connor*
    KEVIN J. O'CONNOR

DATED:  December 16, 2022

## CERTFIFICATION OF SERVICE

The undersigned counsel hereby certifies and declares that copies of the foregoing Notice of Motion to Dismiss the Amended Complaint and supporting papers were served upon the counsel of record for Plaintiff, Ramapough Mountain Indians, Inc. via the Court's CM/ECF system on this 16th day of December, 2022

*/s/ Kevin J. O'Connor*
KEVIN J. O'CONNOR