**LUM, DRASCO & POSITAN LLC**
103 Eisenhower Parkway – Suite 401
Roseland, NJ  07068-1049
(973) 403-9000
(973) 403-9021 (FAX)
Kevin J. O'Connor, Esq.
Email:  koconnor@lumlaw.com
NJ Attorney ID **#029021991**
Attorneys for Defendant, Daniel Thomas

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMAPOUGH MOUNTAIN INDIANS, INC.,<br><br>Plaintiff,<br><br>-vs-<br><br>DANIEL THOMAS,<br><br>Defendant. | Case No.: 21-cv-09649 JXN-JRA<br><br>**ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT**<br><br>*Document Filed Electronically* |

**THIS MATTER** having been opened to the Court upon the Motion by counsel for Defendant, Daniel Thomas, to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6); and the Court having considered the briefs and papers submitted in support of and in opposition to the Motion, and the arguments of counsel; and for good cause shown;

**IT IS** on this _____ day of _____, 2023;

**ORDERED:**

1. Defendant, Daniel Thomas' Motion to Dismiss the Amended Complaint is hereby GRANTED;

#757059v1

2. The Amended Complaint by Plaintiff, Ramapough Mountain Indians, Inc. is hereby DISMISSED, with prejudice.

_____
JULIEN X. NEALS, U.S.D.J.