# BENNET D. ZUROFSKY

**Attorney at Law**

161 Walnut Street
Montclair, New Jersey 07042

www.zurofskylaw.com

973-642-0885
Fax: 973-642-0946
bzurofsky@zurofskylaw.com

October 10, 2023

BY CM/ECF ONLY

Magistrate Judge Jose Almonte

           Re: Ramapough Mountain Indians v. Thomas
           2:21-cv-09649-JXN-JBC

Dear Judge Almonte:

  The following is the joint status report letter called for in your scheduling order issued on June 23 ( Document 69).

  The parties state that they are close to settlement of this matter and hope to have a favorable outcome within about a week from today.

  Prior to issuance of the June 23 order, Your Honor had indicated willingness to issue a stay of discovery pending decision of the Defendant's motion asserting sovereign immunity, as discovery was at a standstill on this issue. The parties had agreed at that time simply to extend all deadlines as a stopgap measure. It is respectfully requested, if by some mischance settlement is not achieved, that the stay be issued.

  We look forward to the status conference on October 18 and hope to have good news to report then.

           Sincerely,

           /s/ Bennet D. Zurofsky
           Attorney for Plaintiff

           Kevin O'Connor
           LUM, DRASCO & POSITAN